IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Twanda Pierce-Boyce,                        :
                                            :
                        Petitioner          :
                                            :
            v.                              : No. 725 C.D. 2021
                                            :
Unemployment Compensation                   :
Board of Review,                            :
                                            :
                        Respondent :

**PER CURIAM**

**O R D E R**


   **NOW,** this 31st day of January, 2023, it is ordered that the above-captioned Memorandum Opinion, filed November 16, 2022, shall be designated OPINION and shall be REPORTED.